## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HARRELL A GASTONG, VI, also
known as ANTHONY GASTON
HARRELL,

      Petitioner,

v.                                                      Case No.  4:22-cv-285-WS-MJF

DONALD J. TRUMP,  *et al.*,

      Respondents.

_____/

## REPORT AND RECOMMENDATION

Because Petitioner failed to comply with court orders, failed to prosecute this action, and failed to pay the filing fee, the District Court should dismiss this action without prejudice.

On July 8, 2022, Petitioner commenced this action pursuant to 28 U.S.C. § 2241. Doc. 1. On August 4, 2022, the undersigned directed Petitioner to submit an amended petition accompanied by payment of $5.00 or a complete application to proceed *in forma pauperis*. Doc. 6. The undersigned provided Petitioner until September 6, 2022 to comply. The undersigned waned Petitioner that the failure to comply with the order likely would result in dismissal. *Id.* Petitioner failed to comply with that order. He also failed to comply with the undersigned's order to show cause.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that the District Court:

1.      **DISMISS** this action without prejudice.[1]

2.      **DIRECT** the clerk of the court to close this case file.

At Pensacola, Florida this 28th day of October, 2022.

/s/ Michael J. Frank
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2; *see also* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002) (noting that courts may dismiss a prisoner's case for failing to pay the initial partial filing fee after issuing an order to show cause); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").